

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED AND 00/100**
($171,100.00) in U.S. Currency and One (1) 2012 Volkswagen Jetta,
VIN#3VWDP7AJ9CM333910,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The State's brief was due on October 1, 2018. *See* TEX. R. APP. P. 38.6(b). After the due date, the State filed a first motion for an extension of time to file the brief until October 31, 2018. *See id.* R. 10.5(b).

The State's motion for extension of time is GRANTED. The State's brief is due on October 31, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court